**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROBERT "G"-DOFFEE/MAXWELL                                                                                   PLAINTIFF
ADC #108778

V.                                                NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted as to the Plaintiff's claims against the Arkansas Department of Correction, the Diagnostic Unit, the Varner Unit and the Varner Super Max Unit. Plaintiff has set forth additional facts sufficient to proceed with his claims against the individual defendants. Accordingly, the Court declines to adopt the recommended disposition as to Separate Defendants, Golden, Conrad, Gooley, Davis, Carpenter, Woods and Larry McCray.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Department of Correction, the Diagnostic Unit, the Varner Unit and the Varner Super Max Unit are dismissed, and their names are removed as party Defendants.

DATED this 24th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE