**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT "G"-DOFFEE/MAXWELL                                                    PLAINTIFF
ADC #108778

V.                                          NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                       DEFENDANTS

## ORDER

Plaintiff, an inmate at the Varner Unit of the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint (docket entry #2) on January 23, 2008. On March 24, 2008, United States District Judge James M. Moody adopted the undersigned's recommendation to dismiss Plaintiff's claims against the Arkansas Department of Correction, the Diagnostic Unit, the Varner unit, and the Varner Super Max Unit, but after Plaintiff set forth additional facts, declined to dismiss Plaintiff's claims against Defendants Golden, Conrad, Gooley, Davis, Carpenter, Woods, and Larry McCray (docket entry #15). Accordingly, service is appropriate on the remaining Defendants.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Golden, Conrad, Gooley, Davis, Carpenter, Woods, and Larry McCray, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons upon said Defendants, without prepayment of fees and costs or security therefor.

DATED this ___25___ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE