IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL     PLAINTIFF
ADC #108778

V.     NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions for summary judgment filed by Defendants (docket entries #19, #34, #39, #43, & #46), are DENIED.

2. Plaintiff's motion to voluntarily dismiss his claims against Defendant Patricia Gooley (docket entry #72) is GRANTED, and Plaintiff's claims against Gooley are DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE