IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL                                              PLAINTIFF
ADC #108778

V.                              NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                 DEFENDANT

# ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court declines to adopt the Proposed Findings and Partial Recommended Disposition. (Docket # 87).

On May 30, 2008 the Plaintiff filed a motion for production of documents requesting documents which would assist him in identifying Defendants Davis and Taylor. On June 19, 2008 the Court entered an order staying all discovery until the Court could consider pending motions for summary judgment. On August 26, 2008 the Court entered an order denying Defendants' motions for summary judgment.

Since the Court has now ruled on the pending dispositive motions, Defendants are directed to respond to the Plaintiff's request for production of documents within thirty (30) days of the entry of this order. Defendants are directed to notify the Court when such responses are provided.

Plaintiff is directed to provide, no later than twenty (20) days after the Defendants

respond to the pending discovery requests, the first name or other identification for Defendants Davis and Taylor. Plaintiff's failure to do so will result in the dismissal of his claims against these defendants.

DATED this 11th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE