IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL                                            PLAINTIFF
ADC #108778

V.                          NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                               DEFENDANTS

## ORDER

Plaintiff has submitted for filing a document entitled "Pleadings," in which he requests the Court to forward a postage-paid envelope to the Arkansas Department of Correction's internal affairs department. According to Plaintiff, he is having difficulty sending and receiving mail, except for that sent to this Court. Plaintiff asserts this is in retaliation for his filing of this complaint. The Court is not a mail forwarding agency. If Plaintiff believes he is being retaliated against, he may file a lawsuit on that issue. Accordingly, the Clerk is directed to return to Plaintiff his document, along with the stamped envelope, without filing either in the above-styled case.

IT IS SO ORDERED this __20__ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE