# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL                                                    PLAINTIFF
ADC #108778

V.                           NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                       DEFENDANTS

## ORDER

Plaintiff filed this complaint on January 23, 2008, and service was ordered. However, the summons was returned unexecuted as to Defendants Davis (docket entry #27), and Taylor (docket entry #65). Notes accompanying the returns for each Defendant indicated that a first name was needed. Plaintiff has now provided the first names for Joana Taylor and Corderro Davis (docket entries #103-#104). Plaintiff has also identified several John Does as David Hurt, Bobby Kent, Phillip Gordon, and Ms. Brown. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, he has stated a cognizable claim for relief against said Defendants.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk is directed to change the style of the case to reflect the correct names of Defendants Joana Taylor and Corderro Davis.

2.   The Clerk is directed to add as Defendants David Hurt, Bobby Kent, Phillip Gordon, and Ms. Brown.

3.   Service is appropriate on Defendants Joana Taylor, Corderro Davis, David Hurt, Bobby Kent, Phillip Gordon, and Ms. Brown, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons on said Defendants, without

prepayment of fees and costs or security therefor.[1]

DATED this  31  day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has been granted leave to proceed *in forma pauperis* (docket entry #12).