# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL                                                              PLAINTIFF
ADC #108778

V.                          NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed against Defendants Bobby Hamilton and Sean Campbell on his claims of excessive force.

2. All of Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE, and the names of all other Defendants are removed as party Defendants.

3. The Court certifies that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

DATED this 3rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE