IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT "G"-DOFFEE/MAXWELL                                              PLAINTIFF
ADC #108778

V.                        NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #295) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. All other pending motions are DENIED AS MOOT.

DATED this 28th day of February, 2012.

*James M. Moody*
UNITED STATES DISTRICT JUDGE