**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT "G"-DOFFEE/MAXWELL                                                    PLAINTIFF
ADC #108778

V.                                      NO: 5:08CV00015 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.

DATED this 28th day of February, 2012.

_____
UNITED STATES DISTRICT
JUDGE